# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

James Scalzo,

             Defendant.

**WAIVER OF INDICTMENT**

**CASE NUMBER: 12-CR-262**

I, James Scalzo, the above named defendant, who is accused of bank fraud, in violation of Title 18, United States Code, Section 1344(2) and money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)((i) and 2, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on January 9, 2013, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
James Scalzo, *Defendant*

_____
Michael J. Cohn, *Counsel for Defendant*

Before_____
The Honorable Lynn Adelman , *United States District Court Judge*